## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES v. ROBERT C. SMITH          MAG. NO.: 15-MG-1508

---

### PETITION FOR
### WRIT OF HABEAS CORPUS

(X) Ad Prosequendum          ( ) Ad Testificandum

1. **ROBERT C. SMITH:  SS# XXX-XX-0493; DOB: 2-6-1976; FBI# 41259CB2** (hereinafter the "Detainee") is now confined at the:

> MERCER COUNTY JAIL
> 1750 RIVER ROAD
> HOPEWELL, NJ 08525
> 609-989-6901

2. The Detainee is charged in this District by: ( ) Indictment ( ) Information ( x ) Complaint with a violation of Title 18, United States Code, Section 2113(A)(1).

3. The Detainee will be returned to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the CLARKSON S. FISHER FEDERAL COURTHOUSE, 402 EAST STATE STREET, TRENTON, NEW JERSEY, before the Hon. DOUGLAS ARPERT, U.S.M.J., on **Tuesday, August 18, 2015 at 2:00 p.m.**, for INITIAL APPEARANCE in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: August 3, 2015

J. BRENDAN DAY
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED:

_____
HON. DOUGLAS ARPERT, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the:

**MERCER COUNTY CORRECTIONAL CENTER**
1750 RIVER ROAD
HOPEWELL, NJ 08255
609-989-6901

WE COMMAND YOU that you have the body of

**ROBERT C. SMITH**

now confined at the MERCER COUNTY JAIL, brought before the United States District Court, the Hon. Douglas Arpert, U.S. MAGISTRATE JUDGE, CLARKSON S. FISHER FEDERAL BUILDING and U.S. COURTHOUSE, TRENTON, NJ 08608 on **AUGUST 18th, 2015 at 2:00 p.m.**, for INITIAL APPEARANCE in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Douglas Arpert
United States Magistrate Judge
Trenton, New Jersey.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____
Deputy Clerk

DATED: August 3, 2015

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk